UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2024
```

AMBER SMITH,

       Plaintiff,

-v-

ROADIE, INC., and UNITED PARCEL SERVICE INC.,

       Defendants.

24 Civ. 364 (VM)

ORDER

VICTOR MARRERO, District Judge:

  The Court's January 29, 2024 Order directing the parties to submit a joint letter and a completed Case Management Plan (Dkt. No. 6) is hereby **VACATED**. The Court refers the parties to Magistrate Judge Gabriel Gorenstein for all pretrial supervision, consistent with the Court's referral order. (Dkt. No. 7.)

  **SO ORDERED.**

_____
Victor Marrero
U.S.D.J.

Dated: January 30, 2024
    New York, New York