UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
AMBER SMITH                                                      :

               Plaintiff,                          :       <u>ORDER</u>

   -v.-                                                          :
                                                                24 Civ. 364 (VM) (GWG)
ROADIE, INC. et al.,                                             :

               Defendants.                         :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Defendants Roadie, Inc. and United Parcel Service, Inc. have filed a defective certificate of service (Docket # 1 at page 6 of 6) inasmuch as the certificate states that the Court's CM/ECF system "will automatically notify all parties or counsel of record." In fact, because this case was removed, the CM/ECF system cannot give notice to the plaintiff or plaintiff's counsel. Defendants are directed to make proper service of the notice of removal forthwith and to file a certificate of service on or before February 2, 2024. Defendants shall serve a copy of this Order on plaintiff's attorney forthwith as well. Plaintiff's attorney is directed to file a notice of appearance on or before February 16, 2024.

      SO ORDERED.

Dated: January 31, 2024
       New York, New York

                                                                _____
                                                                GABRIEL W. GORENSTEIN
                                                                United States Magistrate Judge