UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AMBER SMITH                                          :

                    Plaintiff,              :          ORDER

         -v.-                               :
                                                    24 Civ. 364 (VM) (GWG)
ROADIE, INC. et al.,                        :

                    Defendants.             :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     The deadline for discovery having expired and no party having requested permission to make a summary judgment motion by the Court-ordered deadline, the parties shall file the materials required by paragraph 1.A of the "Trial Procedures" of Judge Marrero on or before May 9, 2025 (available at: **https://nysd.uscourts.gov/hon-victor-marrero**).

     SO ORDERED.

Dated:  April 18, 2025
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge